# Court of Appeals
# of the State of Georgia

ATLANTA, __September 13, 2013__

*The Court of Appeals hereby passes the following order:*

**A14A0046.  STEPHANIE A. CRAWFORD v. U. S. BANK, N. A.**

U. S. Bank, N. A. filed a dispossessory action against Stephanie A. Crawford in magistrate court.   After the magistrate court entered judgment against her, Crawford appealed to the superior court, which dismissed her appeal.  Crawford then appealed directly to this Court.  We, however, lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1);  *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Crawford's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __09/13/2013__
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*